ROSE *v.* WARDEN OF THE MARYLAND
HOUSE OF CORRECTION

[App. No. 31, September Term, 1964.]

*Decided October 16, 1964.*

Before HENDERSON, C. J., and PRESCOTT, MARBURY, SYBERT
and OPPENHEIMER, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post con-
viction relief is denied for the reasons set out in the opinion of
Judge Jones in the court below.

*Application denied.*